TRADERS' NAT. BANK v. RUMSEY et al. (Circuit Court of Appeals, Fifth Circuit. November 30, 1909.) No. 1,983. Appeal from the Circuit Court of the United States for the Northern District of Texas. W. P. McLean, S. B. Cantey, and R. L. Carlock, for appellant. John W. Wray, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The record shows that the transactions of Lee M. Rumsey with the Ft. Worth Machine & Foundry Company, wherein the said foundry company issued five promissory notes for the purchase of the stock of the said Rumsey, and granted its mortgage upon all the property of the company to secure payment of the same, were prior to the acquisition of interest by the appellants in this case, and that by the recording of the mortgage according to law and otherwise appellants had full notice of the same. The decree of the Circuit Court is affirmed.

———————

UNITED STATES v. LECHENGER et al. (Circuit Court of Appeals, Fifth Circuit. November 9, 1909.) No. 1,868. In Error to the District Court of the United States for the Western District of Texas. Chas. A. Boynton, for the United States. Winchester Kelso and Chas. W. Ogden, for defendants in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. This case, brought by information in rem for the condemnation of certain alleged smuggled goods, was tried on the claimants' plea of former jeopardy by the court under a stipulation in writing waiving a jury, and the finding was general in favor of the claimants. The assignments of error suggest conclusions of law based upon the evidence. There was no finding of facts nor bill of exceptions showing the evidence or any rulings of the court in the progress of the trial, and the only questions reviewable are as to the sufficiency of the pleadings to warrant the judgment of the court. The pleadings are sufficient, and the judgment of the District Court is therefore affirmed, on authority of Coffey v. United States, 116 U. S. 436, 6 Sup. Ct. 437, 29 L. Ed. 684; United States v. McKee, Fed. Cas. No. 15,688.

———————

WILLIAM A. FORCE & CO., Inc.. v. BATES MACH. CO. (Circuit Court of Appeals, Second Circuit. October 14, 1909.) No. 100. Appeal from the Circuit Court of the United States for the Eastern District of New York. For opinions below, see 169 Fed. 647; 170 Fed. 446. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Affirmed, without costs, by consent.